# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE NIXON**                                                          PLAINTIFF

v.                              No. 3:20-cv-76-DPM

**CHAD HENSION**, Police Officer,
Trumann Police Department;
**LENNY BECKER**, Police Officer,
Trumann Police Department; and
**JERRY COOK**, Police Officer,
Trumann Police Department                                              DEFENDANTS

## ORDER

**1.** Nixon moves to proceed *in forma pauperis*. Doc. 1. But he is a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Nixon v. Mills*, 3:10-cv-12-BSM; *Nixon v. Cox*, 3:17-cv-122-BRW; *Nixon v. Hitt*, 3:17-cv-138-JM. In his new complaint, Nixon alleges he is wrongfully imprisoned and that his bond should not have been revoked for failure to appear. Doc. 2. But it doesn't appear that Nixon is currently in imminent danger. His motion to proceed *in forma pauperis*, Doc. 1, is therefore denied.

**2.** Nixon's complaint will be dismissed without prejudice. If Nixon wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen this case by 5 April 2020.

An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*_____*
D.P. Marshall Jr.
United States District Judge

5 March 2020