IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE NIXON                                          PLAINTIFF

v.                      No. 3:20-cv-76-DPM

CHAD HENSION, Police Officer,
Trumann Police Department;
LENNY BECKER, Police Officer,
Trumann Police Department; and
JERRY COOK, Police Officer,
Trumann Police Department                 DEFENDANTS

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2020